# United States Court of Appeals
## For the First Circuit

No. 17-1125

UNITED STATES OF AMERICA,

Appellee,

v.

JOSEPH E. CLARK,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on January 3, 2018, is amended as follows:

On page 12, footnote 3, line 6, replace "Having failed" with "Defendant having failed".